## AFFIDAVIT

I, WADE MCGILVRAY, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent for the Federal Bureau of Investigation ("FBI") since October 2024. I am assigned to FBI Boston's Violent Crime Task Force, where I investigate violent crimes, including bank robberies, assault on federal officers, kidnappings, and federal fugitives. Prior to being assigned to the Violent Crimes Task Force I was assigned to FBI Boston's Financial Crimes Squad, where I investigated complex financial crimes, including money laundering, wire fraud, mail fraud, and bank fraud. I have received on-the-job training on these types of investigations, in addition to attending the 16-week FBI Academy training in Quantico, Virginia. Before becoming a Special Agent, I worked as a construction project manager in the biotech and life sciences sector.

2. I submit this affidavit in support of an application for a criminal complaint charging NERESE with bank fraud, in violation of 18 U.S.C. § 1344, and for a warrant to arrest NERESE. As further described below, there is probable cause to believe that from at least in or about August 2023 through in or about January 2025, NERESE obtained more than $3 million in checks that were sent through the U.S. mail and deposited altered versions of those checks into bank accounts he controlled.

3. The facts in this affidavit come from my personal involvement in this investigation, interviews with witnesses, my training and experience, my review of documents, records, and information provided by others, including the New York State Department of Taxation and Finance. This affidavit is intended to show merely that there is sufficient probable cause for the

1

requested complaint and arrest warrant, and does not set forth all of my knowledge about this matter. All dates and times are approximate.

**PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED**

4. PATRICK NERESE ("NERESE") is a 47-year-old man living in Randolph, Massachusetts.

5. Records from the Massachusetts Secretary of the Commonwealth's Corporations Division show that NERESE ENTERPRISE, INC. is a Massachusetts corporation with a principal place of business in Randolph, Massachusetts and identify NERESE as the company's sole officer and director.

*Victim 1*

6. Victim 1 is a university located in New York City. Victim 1 reported to the FBI that, in or about September 2024, Victim 1 received a notification from one of its landlords that the landlord did not receive Victim 1's rent payment for July and August 2024, which totaled $338,585.88. Victim 1 then checked its records, which indicated that, on or about September 4, 2024, Victim 1 had issued Check No. 10097862 from its Key Bank account with an account number ending in 2789 ("the 2789 Victim Account"), payable to the landlord for $338,585.88, and mailed it to the landlord via the United States Postal Service ("USPS"). During this review, Victim 1 realized that it had inadvertently mailed the check to the landlord's former address, as Victim 1 had been unaware that the landlord had changed its address.

7. TD Bank records show that, on or about September 11, 2024, Check No. 10097862, dated September 4, 2024 and drawn on the 2789 Victim Account for $338,585.88, but payable to NERESE ENTERPRISE, INC., was deposited into a TD Bank business savings account in the name of NERESE ENTERPRISE, INC. with an account number ending in 6291 ("the 6291 Nerese

Account"). This was the same check Victim 1 sent to its landlord, except that the "Pay to the Order of" line had been changed from the name of Victim 1's landlord to NERESE ENTERPRISE, INC.

8.  TD Bank records show that NERESE opened the 6291 Nerese Account, as well as a business checking account in the name of NERESE ENTERPRISE, INC. with an account number ending in 4385 ("the 4385 Nerese Account"), on or about February 29, 2024. NERESE was the sole signatory on both the 6291 and 4385 Nerese Accounts.

9.  Before the deposit of Victim 1's check, the balance in the 6291 Nerese Account was $1.12. After the deposit, the following transactions occurred:

| Date | Description | Amount |
| --- | --- | --- |
| 09/12/2024 | Online Transfer to 4385 Nerese Account | -$2,900.00 |
| 09/12/2024 | Bank Fees | -$3.00 |
| 09/19/2024 | Outgoing Wire to New York Gold Market | -$211,000.00 |
| 09/19/2024 | Transfer to account 9115 | -$50,000.00 |
| 09/19/2024 | Online Transfer to 4385 Nerese Account | -$20,000.00 |
| 09/19/2024 | Wire Fee | -$30.00 |
| 09/19/2024 | Excess Transaction Fee | -$3.00 |
| 09/19/2024 | Excess Transaction Fee | -$3.00 |
| 09/20/2024 | Cash Withdrawal | -$5,000.00 |
| 09/20/2024 | Bank Fees | -$48.00 |
| 09/20/2024 | Official Check Purchase | -$3,500.00 |
| 09/20/2024 | Official Check Purchase | -$7,000.00 |
| 09/20/2024 | Official Check Purchase | -$3,000.00 |
| 09/20/2024 | Official Check Purchase | -$3,000.00 |
| 09/20/2024 | Official Check Purchase | -$1,000.00 |
| 09/20/2024 | Official Check Purchase | -$4,000.00 |
| 09/23/2024 | Online Transfer to 4385 Nerese Account | -$25,000.00 |
| 09/23/2024 | Bank Fees | -$3.00 |
| 09/24/2024 | Cash Withdrawal | -$2,577.04 |
| 09/24/2024 | Payment to Credit Card | -$275.00 |
| 09/24/2024 | Withdrawal | -$147.96 |
| 09/30/2024 | Interest Paid | +$3.44 |
| 10/16/2024 | Closeout | -100.44 |

10. Records from TD Bank and New York Gold Market show that the $211,000 wire to New York Gold Market on September 19, 2024 was for the purchase of 77 ounces of gold. TD

3

Bank records also show that the $50,000 transfer to a TD Bank account with an account number ending in 9115 was to an account in the name of "G&J Service Center," an auto repair shop in Massachusetts. Bank records, including surveillance images, also show that NERESE purchased the six official bank checks, totaling $21,000, made payable to various individuals. NERESE also withdrew approximately $7,500 in cash.

11.     NERESE also transferred a total of $47,900 to the 4385 Nerese Account. NERESE used these funds to send approximately $9,000 via Zelle and Remitly to various individuals[1]; withdraw approximately $1,500 in cash; purchase a money order for $1,000; and make several debit card purchases. Bank records, including surveillance images, further show that NERESE purchased an official bank check for $30,000, payable to NERESE ENTERPRISE, INC. On or about September 23, 2024, this $30,000 check was deposited into an account at Bank of Canton in the name of NERESE ENTERPRISE, INC. with an account number ending in 5488 ("the 5488 Nerese Account").

12.     Bank of Canton records show that NERESE opened the 5488 Nerese Account on or about August 8, 2024 and was the sole signatory on the account. Following an opening cash deposit of $100, there was no activity in the 5488 Nerese Account until the deposit of the $30,000 official bank check drawn on the 4385 Nerese Account, which in turn was funded by Victim 1's check. Among other transactions, the $30,000 official bank check funded approximately $19,600 in cash withdrawals and a check for $13,000 made payable to an individual, with the notation "mack vision & tank trailer" in the memo line.

---

[1] Zelle is a digital payment service that allows users to send money directly from their bank account to others. Remitly is a digital money transfer service that allows users to send money internationally.

*Victim 2*

13.     Victim 2 is a manufacturing company located in Kentucky. According to Victim 2, in or about December 2024, Victim 2 noticed that a check the company wrote for $317,318.97, payable to a hotel chain for rooms for a trade show in Chicago, Illinois, was not cashed by the appropriate party. After Victim 2 inquired, the hotel chain notified Victim 2 that it had never received the check. According to Victim 2 and bank records, the check in question was Check No. 0669712, dated October 29, 2024, for $317,318.97, drawn on Victim 2's account at Huntington Bank with an account number ending in 9543 ("the 9543 Victim Account"), payable to the hotel chain, and mailed via the USPS.

14.     Rockland Trust records show that, on or about November 8, 2024, Check No. 0669712, dated October 29, 2024 and drawn on the 9543 Victim Account for $317,318.97, but payable to NERESE ENTERPRISE, INC., was deposited into a Rockland Trust business checking account in the name of NERESE ENTERPRISE, INC. with an account number ending in 6220 ("the 6220 Nerese Account"). This was the same check Victim 2 sent to the hotel chain, except that the "Pay to the Order of" line had been changed from the hotel chain's name to NERESE ENTERPRISE, INC.

15.     Rockland Trust records show that, on or about July 30, 2024, NERESE opened the 6220 Nerese Account and was the sole signatory on the account.

16.     Before the deposit of Victim 2's check, the balance in the 6220 Nerese Account was negative (-$690.38). After the deposit, the following transactions occurred[2]:

| Date | Description | Amount |
|---|---|---|
| 11/12/2024 | Official Check Purchase | -$4,000.00 |
| 11/12/2024 | Cash Withdrawal | -$500.00 |
| 11/18/2024 | Official Check Purchase | -$90,000.00 |

---

[2] I have omitted a handful of small dollar value commercial purchases.

| | | |
|---|---|---|
| 11/18/2024 | Official Check Purchase | -$60,000.00 |
| 11/18/2024 | Official Check Purchase | -$22,660.00 |
| 11/18/2024 | Official Check Purchase | -$10,000.00 |
| 11/18/2024 | Cash Withdrawal | -$6,992.00 |
| 11/18/2024 | Official Check Purchase | -$3,000.00 |
| 11/19/2024 | Check #9003 | -$60,000.00 |
| 11/19/2024 | Official Check Purchase | -$9,000.00 |
| 11/20/2024 | Check #9001 | -$20,000.00 |
| 11/21/2024 | Check #9002 | -$23,000.00 |

17.     Rockland Trust records show that, in total, NERESE used the funds from Victim 2's check to purchase six official bank checks totaling $198,660, withdrew approximately $7,500 in cash, and wrote several other checks totaling $103,000. Two of the official bank checks, totaling $120,000, were payable to NERESE ENTERPRISE, INC. and deposited into bank accounts NERESE held at Abington Bank and Bank of America.

18.     Abington Bank records show that, on or about July 24, 2024, NERESE opened a business checking account in the name of NERESE ENTERPRISE, INC. with an account number ending in 9368 ("the 9368 Nerese Account"). NERESE was the sole signatory on the 9368 Nerese Account. Following an opening cash deposit of $50, there was no activity in the 9368 Nerese Account until a deposit on or about November 18, 2024 of a $60,000 official check drawn on the 6220 Nerese Account, using funds from Victim 2's check. From on or about November 21, 2024 through on or about November 27, 2024, NERESE withdrew $58,300 from the 9368 Nerese Account, mainly in cash.

19.     Bank of America records show that, on or about August 6, 2024, NERESE opened a business checking account in the name of NERESE ENTERPRISE, INC. with an account number ending in 8652 ("the 8652 Nerese Account"). NERESE was the sole signatory on the 8652 Nerese Account. Following an opening deposit of $300 transferred from a Bank of America Account with an account number ending in 6165 in the name of PATRICK NERESE SOLE PROP,

DBA NERESE TRUCKS & EXPORTS, there was only one transaction (a $250 cash withdrawal) before the deposit on or about November 18, 2024 of Check 9003 for $60,000 drawn on the 6220 Nerese Account, using funds from Victim 2's check. From on or about November 18, 2024 through on or about December 24, 2024, $63,500 was withdrawn from the account via cash withdrawals, official bank check purchases, and transfers to other Bank of America accounts in NERESE's name and one other account.

20. There is accordingly probable cause to believe that NERESE committed bank fraud, in violation of 18 U.S.C. § 1344, by depositing fraudulently altered checks drawn on the accounts of Victim 1 and Victim 2 into federally insured bank accounts that NERESE controlled.

*(continued on next page)*

**CONCLUSION**

21.     Based on the information described above, there is probable cause to believe that NERESE committed the TARGET OFFENSES, and specifically, that, on or about November 8, 2024, with respect to the deposit of the stolen and altered check drawn on Victim 2's bank account, NERESE committed bank fraud, in violation of 18 U.S.C. § 1344.

Wade McGilvray<br>
Special Agent<br>
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. Rule Crim. P. 4.1, by telephone

_____
HON. DONALD L. CABELL
United States Magistrate Judge
District of Massachusetts

on February 2, 2026